# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| RONDA WRIGHT-BRODERICK, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SOUTHWESTERN BELL TELEPHONE ) <br> CO., INC., d/b/a AT&T, et al. ) <br> ) <br> Defendants. ) | Case No. 4:13CV1441 SNLJ |

## MEMORANDUM and ORDER

Defendants urge this Court to reconsider its November 7, 2013 Order remanding this matter back to state court. Defendants contend that they could not have known that the amount in controversy met federal jurisdictional requirements until six months after they were served with the complaint. Because this Court found that defendants had ample notice in the plaintiff's complaint that plaintiff sought in excess of $75,000 in damages, the defendants should have removed this matter from state court within thirty days of being served with the complaint.

Defendants re-argue the points they made in their original briefing on this matter and assert that they could not prove "to a legal certainty" that the amount in controversy in this matter exceeded $75,000 until they received a settlement demand in a related case. However, the face of plaintiff's pleading alleges multiple, serious discriminatory acts that occurred over a two-year period of time and demands at least $50,000, plus punitive damages and attorneys' fees. Defendants had ample information to support that the amount in controversy requirement was met at the time they were served with the complaint.

Accordingly,

**IT IS HEREBY ORDERED** that defendants' Motion to Reconsider is **DENIED**.

Dated this   17th   day of December, 2013

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE